IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41118
Conference Calendar

_____

WILLIAM PEÑA,

                                        Plaintiff-Appellant,

versus

UNKNOWN QUACKENBUSH, Dr., ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-97-CV-620
- - - - - - - - - -

April 19, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     William Peña, Texas inmate # 619877, appeals the district

court's dismissal as frivolous of his 42 U.S.C. § 1983 complaint.

Peña contended in the district court that he was treated

unnecessarily with drugs for a mental illness when his condition

required treatment only for epileptic seizures.  Peña contended

that his condition deteriorated as a result of the drug treatment

and eventually required hospitalization for dehydration.

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

We have reviewed the record and Peña's brief and affirm the decision of the district court under 28 U.S.C. § 1915A for essentially the reasons stated by the district court. *See Peña v. Quackenbush et al.*, No. G-97-620 (S.D. Tex. Jul. 20, 1998).

Peña contends for the first time in this court that the defendants forcibly administered psychotropic drugs. Peña's allegation involves factual issues, which were capable of resolution by the district court, and which cannot rise to the level of plain error. *See United States v. Vital*, 68 F.3d 114, 119 (5th Cir. 1995); *Gabel v. Lynaugh*, 835 F.2d 124, 125 (5th Cir. 1988)("Generally speaking, we are a court of errors and appeals; and the trial court cannot have erred as to matters which were not presented to it."). Accordingly, the decision of the district court is AFFIRMED.

AFFIRMED.